In the Matter of Alice V. LEAVITT, deceased. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion denied, with $10 costs. Order filed.

In the Matter of the application for the appointment of a general guardian of William Crossman LEE, an infant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Motion denied, without costs.

In the Matter of the application for the appointment of a general guardian of William Crossman LEE, an infant. (Supreme Court, Appellate Division, Second Department. January 14, 1916.) Order of the Surrogate's Court of Westchester County affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Morris LEFSTEIN, and Sarah Rosenfeld, etc., appellants, v. Edward KATZENSTEIN, respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Order of the Appellate Term affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

LEHIGH VALLEY RAILROAD CO., Applt., v. LEHIGH VALLEY COAL SALES CO., Respt. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Determination affirmed, with costs. No opinion. Order filed.

John F. LEIKERT, Jr., Applt., v. Joseph M. BYRNE et al., Respts. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Edward J. LEONE, an infant, etc., appellant, v. Willard GRAY, etc., and John C. Cole, a Marshal of the City of New York, respondents. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Judgment unanimously affirmed, with costs. No opinion.

Sophie LEPPANEN, as Adm'x, v. IRVEL REALTY CO. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion to dismiss appeal denied, without prejudice, as stated in order. Order filed.

David LEVBERG v. Henry D. SCHUMACHER. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Application granted. Order signed.

Abraham N. LEVENTHAL, Appellant, v. The WEBER PEUTHERT. CO., impleaded, etc., Respondent. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Appeal from Trial Term, New York County. PER CURIAM. Judgment and order affirmed, with costs. Order filed. SMITH, J., dissents, holding that the statement by Vogel was not binding on Leventhal, and that Leventhal can recover one-half of the note in suit.

Sophie H. R. LEVY, as Ex'x, v. COMMERCIAL TRUST CO. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Application denied, with $10 costs. Order signed.

Morris LIEBERMAN, as administrator, etc., of Abraham Lieberman, deceased, respt., v. Amos C. VAN GAASBEEK and another, individually and as executors, etc., and another, applts. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion denied.

Max LIEBOWITZ, an infant, etc., Respondent, v. The LONG ISLAND RAILROAD COMPANY, Appellant. (Supreme Court, Appellate Division, First Department, February 25, 1916.) Appeal from Trial Term, New York County. LAUGHLIN, J. The cause of action as alleged is on an implied license, which was not proved, but the case was left to the jury upon the claim of an express invitation, which was not alleged. I am also of opinion that the findings of the jury that the plaintiff was free from contributory negligence, and that the defendant was negligent, are against the weight of the evidence. The judgment and order appealed from should therefore be reversed, and a new trial ordered, with costs to the appellant to abide the event. Order filed. CLARKE, P. J., concurs. SMITH, J., concurs, being further of the opinion that the proof of the defendant's negligence was not sufficient to go to the jury. DOWLING and DAVIS, JJ., dissent, and vote for affirmance.

Philip LIEBOWITZ, Respondent, v. The LONG ISLAND RAILROAD COMPANY, Appellant. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Appeal from Trial Term, New York County. LAUGHLIN, J. For the reasons given in Max Liebowitz against this defendant, supra, decided herewith, I am of opinion that the judgment and order appealed from should be reversed, and a new trial ordered, with costs to the appellant to abide the event. Order filed. CLARKE, P. J., concurs. SMITH, J., concurs, being further of the opinion that the proof of the defendant's negligence was not sufficient to go to the jury. DOWLING and DAVIS, JJ., dissent, and vote for affirmance.

LINK CHAIN BELT COMPANY, Respondent, v. McKEEVER COMPANY, Appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce the verdict by the sum of $244.19, with interest thereon from June 20, 1908, being the amount of the bill of Caldwell & Son Company, in evidence as Plaintiff's Exhibit 4, in which event the judgment, as so